UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CRISTIAN C. BROWN,                      )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 03-1376 (PLF)
                                        )
BROADCASTING BOARD OF GOVERNORS,        )
                                        )
            Defendant.                  )
_____)

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the Defendant's Motion for Summary Judgment [59] is

GRANTED; it is

FURTHER ORDERED that judgment is entered in favor of the defendant on all

of the plaintiff's claims; it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL

JUDGMENT in this case; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.


                            /s/_____
                            PAUL L. FRIEDMAN
DATE:  August 28, 2009      United States District Judge